UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

| | | |
|---|---|---|
| **TANICIA YVONNE CHASE, as Special Administrator for the Estate of Claude Milton Chase III, Deceased, and as Next Friend of Claude Milton Chase IV, Cortez Chase, Cordell Chase, Brionna Chase, and Chelsey Chase, all minors** | | **PLAINTIFF** |
| v. | **CASE NO. 3:09-CV-00167 BSM** | |
| **THE CITY OF EARLE, ARKANSAS; MAYOR SHERMAN SMITH, individually and in his official capacity as Mayor of Earle, Arkansas; PAUL GREEN, individually and in his official capacity as Mayor of Earle, Arkansas; WILLIE FRAZIER, individually and in his official capacity as Chief of Police of Earle, Arkansas; LEE JOHNSON, individually and in his official capacity** | | **DEFENDANTS** |

**ORDER**

On October 29, 2009, the plaintiff was granted leave to proceed *in forma pauperis* and was directed to provide the addresses of the defendants to the court on or before November 12, 2009, so that they could be served. Subsequently, T. Martin Davis was appointed as counsel for plaintiff. Thus, counsel is directed to either serve the defendants or file a motion for service, which provides the court with the addresses of the defendants on or before December 30, 2009.

IT IS SO ORDERED this 15th day of December, 2009.

_____
UNITED STATES DISTRICT JUDGE