## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## JONESBORO DIVISION

**TANICIA YVONNE CHASE, as Special**
**Administrator for the Estate of Claude**
**Milton Chase III, Deceased, and as Next**
**Friend of Claude Milton Chase IV, Cortez**
**Chase, Cordell Chase, Brionna Chase, and**
**Chelsey Chase, all minors**                                      **PLAINTIFFS**

**v.**                          **Case No. 3:09CV00167**

**CITY OF EARLE, ARKANSAS; MAYOR**
**SHERMAN SMITH, individually and in his**
**official capacity as Mayor of Earle, Arkansas;**
**PAUL GREEN, individually and in his official**
**capacity as Mayor of Earle, Arkansas; WILLIE**
**FRAZIER, individually and in his official capacity**
**as Chief of Police of Earle, Arkansas; LEE JOHNSON,**
**individually and in his official capacity**                      **DEFENDANTS**

## JUDGMENT

Consistent with the order that was entered on this date, it is considered, ordered, and adjudged, that this case is hereby dismissed without prejudice.

IT IS SO ORDERED this 21st day of April, 2010.

_____
UNITED STATES DISTRICT JUDGE